*755
 
 Order affirmed. Appellant who pleaded not guilty and stood trial on the criminal charge was not prejudiced by the failure to notify him at his arraignment pursuant to then section 335-b of the Code of Criminal Procedure (see
 
 People
 
 v.
 
 Porter,
 
 14 N Y 2d 785). The refusal of the Appellate Division to assign counsel in that court on the argument of the appeal in this proceeding was erroneous, hut it resulted in no prejudice to relator since he was thereafter in fact represented on the appeal by an attorney.
 

 C oncur: Chief J udge Desmond and J udge s Fuld, VaN Voorhis, Burke, Scileppi, Bergak and Keatikg.